IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HANNAH ELISE EMMOT,

      Plaintiff,

                                                          Civil Action No. 2:12-cv-02581-EFM/KGG

v.

HOFFMAN SWARTZ AND ASSOCIATES, INC.,

      Defendant.

## ENTRY OF DEFAULT JUDGMENT

On November 9, 2012, the court found defendant Hoffman Swartz and Associates, Inc. to be in default. Plaintiff, Hannah Elise Emmot, has now moved for a default judgment against the defendant.

Pursuant to Fed.R.Civ.P. 55(b)(2), the court finds that the defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time allowed for such pleading or defense has elapsed.

For good cause shown, the court hereby enters judgment against Hoffman Swartz and Associates, Inc. and in favor of the plaintiff for: (a) $1,000.00 in statutory damages, pursuant to 15 U.S.C. § 1692k(a)(1); (b) $1,650.00 in attorney fees (reflecting 6.6 hours at $250.00 per hour), pursuant to 15 U.S.C. § 1692k(a)(3); and (c) cost in the amount of $355.95 (the court's filing fee of $350.00 plus $5.95 in services costs), also pursuant to § 1692k(a)(3).

IT IS SO ORDERED this 28th day of January 2013.

*Eric F. Melgren*
Honorable Eric F. Melgren
United States District Judge